Brookfield *v.* Jones.

2. The examination of the second witness was illegal, for to disprove the facts stated by a witness is to discredit him, and a party is not permitted to impeach his own witness. 1 *Phil. Ev.* 212; 1 *Dal.* 63; 1 *Campb.* 210, 217.

## BROOKFIELD *v.* JONES.

If bail can in any case be required on a penal statute, where not expressly allowed by the statute, the plaintiff to be entitled to bail must have an order of the court or a judge, unless the statute otherwise expressly provide.

*A capias ad respondendum* was issued in this case for penalties under the first section of the act entitled "an act to prevent the unlawful waste and destruction of timber in this State," *Rev. Laws* 700, and marked for bail in a large sum, upon the filing of an affidavit setting forth the cause of action, but without an order for bail by the court or a judge.

Brookfield *v.* Jones.

THE COURT quashed the writ, because if bail can ever be required on a penal statute where not expressly allowed by the statute, on which point the court did not intimate an opinion, the plaintiff to be entitled to bail must have an order of the court or a judge unless the statute otherwise expressly provide; and by the 18th *sec.* of the practice act, *Rev. Laws* 415, the first process in personal actions when the plaintiff is not entitled to bail shall be a summons.

*Scudder* for plaintiff.

*Scott* for defendant.